| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Pappert, Gerald J. | 2. Court or Organization<br><br>U.S. District Court for the Eastern District of Pennsylvania | 3. Date of Report<br><br>06/16/2014 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S District Judge | 5a. Report Type (check appropriate type)<br>☑ Nomination    Date 06/16/2014<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>06/12/2014 |
| 7. Chambers or Office Address<br><br>Cozen O'Connor, P.C.<br>1900 Market Street<br>Philadelphia, PA 19103 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | Cozen O'Connor, P.C. |
| 2. | Chairman | Pennsylvania Banking and Securities Commission |
| 3. | General Partner | Marza, LP |
| 4. | Trustee | Trust No. 1 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Pennsylvania State Employees' Retirement System Defined Benefit Pension Plan |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Cephalon, Inc., 2011 Bonus | $298,200.00 |
| 2. 2012 | Cozen O'Connor, P.C., Salary | $55,925.00 |
| 3. 2012 | Commonwealth of Pennsylvania, Salary | $4,531.00 |
| 4. 2012 | Pennsylvania State Employees' Retirement System, Retirement Benefits | $4,138.71 |
| 5. 2012 | ABC, Inc., Fees | $900.00 |
| 6. 2013 | Cozen O'Connor, P.C., Salary | $382,447.51 |
| 7. 2013 | Commonwealth of Pennsylvania, Salary | $30,302.84 |
| 8. 2013 | ABC, Inc., Fees | $750.00 |
| 9. 2014 | Cozen O'Connor, Salary | $96,837.20 |
| 10. 2014 | Commonwealth of Pennsylvania, Salary | $15,807.52 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |

Name of Person Reporting

Pappert, Gerald J.

Date of Report

06/16/2014

2.

3.

4.

5.

# FINANCIAL DISCLOSURE REPORT

Page 3 of 10

Name of Person Reporting

Pappert, Gerald J.

Date of Report

06/16/2014

2.

3.

4.

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 10

**Name of Person Reporting**

Pappert, Gerald J.

**Date of Report**

06/16/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Marza, LP | | | | | | | | | |
| 2. | -Arizona State Bonds | A | Interest | K | T | | | | | |
| 3. | -Barclays Bank PLC | D | Dividend | M | T | | | | | |
| 4. | -Beaver County, PA Bonds | A | Interest | K | T | | | | | |
| 5. | -Buffalo, NY Bonds | A | Interest | K | T | | | | | |
| 6. | -Calamos Market Neutral Income Fund | D | Dividend | M | T | | | | | |
| 7. | -Dansville, NY Central School District Bonds | A | Interest | K | T | | | | | |
| 8. | -East Penn, PA School District Bonds | A | Interest | K | T | | | | | |
| 9. | -Elk County, PA Industrial Development Authority Bonds | B | Interest | N | T | | | | | |
| 10. | -American Funds EuroPacific Growth Fund | F | Dividend | N | T | | | | | |
| 11. | -Federal Farm Credit Banks Consolidated Bonds | A | Interest | K | T | | | | | |
| 12. | -Federal Home Loan Banks Consolidated Bonds | A | Interest | K | T | | | | | |
| 13. | -Spartan 500 Index Fund | D | Dividend | K | T | | | | | |
| 14. | -Fidelity Floating Rate High Income Fund | C | Dividend | N | T | | | | | |
| 15. | -Fidelity Municipal Money Market | A | Interest | L | T | | | | | |
| 16. | -First Trust Dow Jones Internet Index Fund | A | Dividend | M | T | | | | | |
| 17. | -Gates-Chili, NY Central School District Bonds | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 10

**Name of Person Reporting**

Pappert, Gerald J.

**Date of Report**

06/16/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Gateway Fund | D | Dividend | M | T | | | | | |
| 19. -Greater Johnstown, PA School District Bonds | B | Interest | M | T | | | | | |
| 20. -Greenfield, MA Bonds | A | Interest | M | T | | | | | |
| 21. -Harbor Creek, PA School District Bonds | A | Interest | K | T | | | | | |
| 22. -Highland LongShort Equity Fund | D | Dividend | M | T | | | | | |
| 23. -iShares Core S&P 500 Index Fund | G | Dividend | P1 | T | | | | | |
| 24. -iShares Core Total U.S. Bond Market Fund | A | Dividend | J | T | | | | | |
| 25. -iShares 1-3 Year Treasury Bond | A | Dividend | J | T | | | | | |
| 26. -iShares Core S&P Mid-Cap | G | Dividend | N | T | | | | | |
| 27. -iShares Russell 2000 Index Fund | F | Dividend | N | T | | | | | |
| 28. -iShares U.S. Technology | E | Dividend | L | T | | | | | |
| 29. -iShares Core S&P Small-Cap | E | Dividend | M | T | | | | | |
| 30. -iShares S&P Europe 350 | D | Dividend | K | T | | | | | |
| 31. -JPMorgan Alerian MLP Index | E | Dividend | M | T | | | | | |
| 32. -Janus Triton Fund | E | Dividend | M | T | | | | | |
| 33. -MainStay Marketfield Fund | E | Dividend | M | T | | | | | |
| 34. -Merger Fund | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -North & South Shenango, PA Jt. Municipal Authority Bonds | B | Interest | M | T | | | | | |
| 36. -Pacira Pharmaceuticals, Inc. | D | Dividend | M | T | | | | | |
| 37. -Panther Valley, PA School District Bonds | A | Interest | K | T | | | | | |
| 38. -Phelps-Clifton Springs, NY Central School District Bonds | B | Interest | M | T | | | | | |
| 39. -Pike County, KY School District Bonds | C | Interest | M | T | | | | | |
| 40. -Ringwood, NJ Board of Education Bonds | C | Interest | M | T | | | | | |
| 41. -Romeo, MI Community School District Bonds | A | Interest | M | T | | | | | |
| 42. -Scout International Fund | F | Dividend | N | T | | | | | |
| 43. -PA State Public School Building Authority Bonds | A | Interest | M | T | | | | | |
| 44. -Stone Harbor, NJ Bonds | A | Interest | M | T | | | | | |
| 45. -Swatara Twp., PA Bonds | A | Interest | M | T | | | | | |
| 46. -Templeton Global Bond Fund | A | Dividend | M | T | | | | | |
| 47. -University of Northern Iowa Bonds | A | Interest | K | T | | | | | |
| 48. -Utah State Building Ownership Authority Bonds | C | Interest | M | T | | | | | |
| 49. -Vanguard Total Stock Market Fund | E | Dividend | L | T | | | | | |
| 50. -Wasatch Long/Short Fund | E | Dividend | L | T | | | | | |
| 51. -American Funds Washington Mutual Investors Fund | G | Dividend | O | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Wells Fargo Premier Large Company Growth Fund | G | Dividend | N | T | | | | | |
| 53. -Whitesboro, NY Central School District Bonds | A | Interest | M | T | | | | | |
| 54. -Williamsport, PA Sanitary Autority Bonds | A | Interest | K | T | | | | | |
| 55. BMW Bank of North America Utah CD | A | Interest | K | T | | | | | |
| 56. Exxon Mobil Corp. Stock | E | Dividend | L | T | | | | | |
| 57. Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 58. GlaxoSmithKline Capital plc Note | A | Interest | K | T | | | | | |
| 59. Intel Corp. Note | A | Interest | K | T | | | | | |
| 60. IBM Corp. Note | A | Interest | K | T | | | | | |
| 61. Merck & Co., Inc. Note | A | Interest | K | T | | | | | |
| 62. PIMCO Total Return Fund | A | Dividend | K | T | | | | | |
| 63. PIMCO Commodity Real Return Strategy Fund | A | Dividend | J | T | | | | | |
| 64. URBAN STORAGE FUND | A | Distribution | M | W | | | | | |
| 65. VILLAGE AT CANTERBURY | A | Distribution | M | W | | | | | |
| 66. PNC BANK --Accounts | A | Interest | L | T | | | | | |
| 67. PAC Life--Universal Life Policy | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Gerald J. Pappert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 49 | 071 | Notes payable to banks-secured | | | | |
| U.S. Government securities -- see schedule | | 50 | 975 | Notes payable to banks-unsecured | | | | |
| Listed securities -- see schedule | 8 | 889 | 642 | Notes payable to relatives | | | | |
| Unlisted securities -- see schedule | | 350 | 000 | Notes payable to others | | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | | |
| Due from others | | | | Other unpaid income and interest | | | | |
| Doubtful | | | | Real estate mortgages payable -- personal residence | | 582 | 773 | |
| Real estate owned -- personal residence | | 830 | 000 | Chattel mortgages and other liens payable | | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | | |
| Autos and other personal property | | 30 | 000 | | | | | |
| Cash value-life insurance | | 20 | 731 | | | | | |
| Other assets itemize: | | | | | | | | |
| Pennsylvania SERS pension plan | | 3 | 509 | | | | | |
| | | | | | | | | |
| | | | | Total liabilities | | 582 | 773 | |
| | | | | Net Worth | 9 | 641 | 155 | |
| Total Assets | 10 | 223 | 928 | Total liabilities and net worth | 10 | 223 | 928 | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | | |
| Provision for Federal Income Tax | | | | | | | | |
| Other special debt | | | | | | | | |